IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHARLES J. HUXEL, JR. | CIVIL NO. CV06 00564ACK/LEK |
| Plaintiff, | |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | |
| Defendant. | |

**STIPULATED DISMISSAL**

This matter, having been amicably adjusted between the parties, Charles J. Huxel, the plaintiff, and Portfolio Recovery Associates, the defendant, it is hereby stipulated that this matter is dismissed with prejudice and without costs as to the above named parties.

_____
Marvin S.C. Dang
Jason Oliver
LAW OFFICES OF MARVIN S.C. DANG, LLC
P.O. Box 4109
Honolulu, Hawaii 96812-4109
Telephone: (808) 521-8521
Facsimile: (808) 521-8522

Attorneys for Defendant
Portfolio Recovery Associates, LLC

Dated: 5/9/07

_____
John Harris Paer
41 B Kepola Place
Honolulu, Hawaii 96817
Telephone: (808) 595-7179
Facsimile: (808) 595-3918

Attorney for Plaintiff

Dated:

N:\Portfolio Recovery Associates, LLC (8246)\Huxel, Charles J. Jr. (8246-21120)\Pleadings\Stipulated Dismissal.doc

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE